IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-557-FDW-DCK

| | |
|---|---|
| SAMUEL H. CERDAS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| THE PANTRY, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 26) filed by Amy Mariko Palesch, concerning Tracey Tatum Barbaree on October 3, 2016. Ms. Tracey Tatum Barbaree seeks to appear as counsel *pro hac vice* for Defendant Circle K Stores Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 26) is **GRANTED.** Ms. Tracey Tatum Barbaree is hereby admitted *pro hac vice* to represent Defendant Circle K Stores Inc.

**SO ORDERED**.

Signed: October 4, 2016

David C. Keesler
United States Magistrate Judge