# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Samuel H. Cerdas**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00557-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Circle K Stores Inc. | ) | |
| The Pantry, Inc.**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court at Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's November 15, 2016 Verdict.

November 18, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court